Jason Scot Walker / #95347-083
L.S.C.I Allenwood - Low
P.O. Box 1000
White Deer, PA. 17887

7019 2280 0000 7074 4137

Attn: Clerk of The Court
Walter E. Hoffman
U.S. Federal Courthouse
600 Granby Street
Norfolk, VA. 23510

